Ritika Singh (State Bar No. 329197)
rsingh@qslwm.com
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5442
(214) 871-2111 Fax
***Counsel for Trans Union LLC***

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEREYDOUN SHORAKA, | Case No. 8:23-cv-00309-DOC-JDE |
| Plaintiff, | Hon. David O. Carter |
| v. | **DEFENDANT TRANS UNION LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT** |
| BANK OF AMERICA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SOLUTIONS, LLC, TRANS UNION, LLC, and HUNT & HENRIQUES, LLP, | |
| Defendants. | |

Trans Union LLC ("Trans Union"), by and through its attorneys Quilling, Selander, Lownds, Winslett & Moser, P.C., hereby answers Plaintiff's Complaint as follows:

## <u>INTRODUCTION</u>

1.      Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Complaint and, therefore, denies same.

6127509.1

2.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the Complaint and, therefore, denies same.

3.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint and, therefore, denies same.

4.     Trans Union admits that it has received correspondence from Plaintiff regarding Bank of America account #...9963.  Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 4 of the Complaint and, therefore, denies same.

5.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint and, therefore, denies same.

6.     Trans Union admits that at certain limited times, Bank of America has reported account #...9963 to Plaintiff's Trans Union credit file.  Trans Union also admits that it has received correspondence from Plaintiff regarding Bank of America account #...9963.  Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 6 of the Complaint and, therefore, denies same.

7.     Trans Union admits only that Plaintiff has asserted claims pursuant to the Fair Credit Reporting Act 15 U.S.C. § 1681, *et seq.* ("FCRA"), the Fair Debt Collection Practices Act 15 U.S.C § 1692, *et seq.* ("FDCPA"), the Consumer Credit Reporting Agencies Act Cal. Civ. Code, § 1785, *et seq.* ("CCRAA"), the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), Cal. Civ. Code § 1788 and the California Identity Theft Act, Cal. Civ. Code § 1798, *et seq.* ("CITA").  Trans Union denies the remaining allegations contained in paragraph 7 of the Complaint.

6127509.1

8.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint and, therefore, denies same.

9.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the Complaint and, therefore, denies same.

10.     Trans Union denies the allegations contained in paragraph 10 of the Complaint.

11.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint and, therefore, denies same.

12.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint and, therefore, denies same.

13.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the Complaint and, therefore, denies same.

14.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the Complaint and, therefore, denies same.

15.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the Complaint and, therefore, denies same.

16.     The provisions of the FCRA and case law interpreting it are self-evident and speak for themselves. Trans Union denies the allegations contained in paragraph 16 of the Complaint.

6127509.1

17.     The provisions of the CCRAA and case law interpreting it are self-evident and speak for themselves. Trans Union denies the allegations contained in paragraph 17 of the Complaint.

18.     The provisions of the FCRA and case law interpreting it are self-evident and speak for themselves.  Trans Union denies the allegations contained in paragraph 18 of the Complaint.

19.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the Complaint and, therefore, denies same.

20.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the Complaint and, therefore, denies same.

21.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph  21 of the Complaint and, therefore, denies same.

22.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint and, therefore, denies same.

## JURISDICTION AND VENUE

23.     Trans Union admits that jurisdiction is proper in this Court.

24.     Trans Union admits only that Plaintiff has asserted claims pursuant to the FCRA, the FDCPA, the CCRAA, the RFDCP and the CITA.  Trans Union denies the remaining allegations contained in paragraph 24 of the Complaint.

25.     Trans Union admits that jurisdiction is proper in this Court. Trans Union also admits that it is authorized to do business in the State of California.  Trans Union denies the remaining allegations contained in paragraph 25 of the Complaint.

6127509.1

26.     Trans Union admits, solely based on the allegations contained in Plaintiff's Complaint, that venue is proper in this Court. Trans Union also admits that it is authorized to do business in the State of California.  Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 26 of the Complaint and, therefore, denies same.

### PARTIES

27.     Trans Union admits that Plaintiff is a natural person and "a consumer" as defined by 15 U.S.C. § 1681a(c). Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 27 of the Complaint and, therefore, denies same.

28.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of the Complaint and, therefore, denies same.

29.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 of the Complaint and, therefore, denies same.

30.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint and, therefore, denies same.

31.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the Complaint and, therefore, denies same.

32.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 of the Complaint and, therefore, denies same.

6127509.1

33.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33 of the Complaint and, therefore, denies same.

34.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of the Complaint and, therefore, denies same.

35.     Trans Union admits that it is a limited liability company organized under the laws of the State of Delaware with its principal place of business located in Chicago, Illinois. Trans Union denies the remaining allegations contained in paragraph 35 of the Complaint.

36.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 of the Complaint and, therefore, denies same.

37.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 of the Complaint and, therefore, denies same.

38.     Trans Union admits that it is a "consumer reporting agency" as defined by applicable law.  Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 38 of the Complaint and, therefore, denies same.

39.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 of the Complaint and, therefore, denies same.

## **FACTUAL ALLEGATIONS**

40.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 40 of the Complaint and, therefore, denies same.

6127509.1

41. Trans Union admits that it is authorized to do business in the State of California. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 41 of the Complaint and, therefore, denies same.

42. Trans Union admits that it has received correspondence from Plaintiff regarding Bank of America account #...9963. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 42 of the Complaint and, therefore, denies same.

43. Trans Union admits that it has forwarded correspondence received from Plaintiff and all relevant information to Bank of America. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 43 of the Complaint and, therefore, denies same.

44. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44 of the Complaint and, therefore, denies same.

45. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of the Complaint and, therefore, denies same.

46. Trans Union denies the allegations contained in paragraph 46 of the Complaint.

47. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 47 of the Complaint and, therefore, denies same.

48. Trans Union denies the allegations contained in paragraph 48 of the Complaint.

6127509.1

49.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of the Complaint and, therefore, denies same.

50.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 50 of the Complaint and, therefore, denies same.

51.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 51 of the Complaint and, therefore, denies same.

52.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 52 of the Complaint and, therefore, denies same.

53.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of the Complaint and, therefore, denies same.

54.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 54 of the Complaint and, therefore, denies same.

55.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 55 of the Complaint and, therefore, denies same.

56.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 56 of the Complaint and, therefore, denies same.

57.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 57 of the Complaint and, therefore, denies same.

6127509.1

58.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 58 of the Complaint and, therefore, denies same.

59.    Trans Union admits that on April 18, 2022, it received correspondence from Plaintiff regarding Bank of America account #...9963 that contained enclosures.  Trans Union also admits that on April 22, 2022, it sent a letter to Plaintiff.  Trans Union further admits that on May 2, 2022, it sent Plaintiff its reinvestigation results and that, in those reinvestigation results, Bank of America verified account #...9963.  Trans Union denies the remaining allegations contained in paragraph 59 of the Complaint.

60.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 60 of the Complaint and, therefore, denies same.

61.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 61 of the Complaint and, therefore, denies same.

62.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 62 of the Complaint and, therefore, denies same.

63.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 63 of the Complaint and, therefore, denies same.

64.    Trans Union admits that it has received correspondence from Plaintiff regarding Bank of America account #...9963 that contained enclosures. Trans Union denies the remaining allegations contained in paragraph 64 of the Complaint.

6127509.1

65.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 65 of the Complaint and, therefore, denies same.

66.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 66 of the Complaint and, therefore, denies same.

67.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 67 of the Complaint and, therefore, denies same.

68.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 68 of the Complaint and, therefore, denies same.

69.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 69 of the Complaint and, therefore, denies same.

## CAUSES OF ACTION CLAIMED BY PLAINTIFF

## COUNT I

70.     Trans Union restates and incorporates its responses to paragraphs 1 through 69 above as though fully stated herein.

71.     Trans Union denies the allegations contained in paragraph 71 of the Complaint.

72.     Trans Union denies the allegations contained in paragraph 72 of the Complaint.

73.     Trans Union denies the allegations contained in paragraph 73 of the Complaint.

74.     Trans Union denies the allegations contained in paragraph 74 of the Complaint.

10

6127509.1

## COUNT II

75.   Trans Union restates and incorporates its responses to paragraphs 1 through 74 above as though fully stated herein.

76.   Trans Union denies the allegations contained in paragraph 76 of the Complaint.

77.   Trans Union denies the allegations contained in paragraph 77 of the Complaint.

78.   Trans Union denies the allegations contained in paragraph 78 of the Complaint.

79.   Trans Union denies the allegations contained in paragraph 79 of the Complaint.

## COUNT III

80.   Trans Union restates and incorporates its responses to paragraphs 1 through 79 above as though fully stated herein.

81.   Trans Union denies the allegations contained in paragraph 81 of the Complaint.

82.   Trans Union denies the allegations contained in paragraph 82 of the Complaint.

83.   Trans Union denies the allegations contained in paragraph 83 of the Complaint.

84.   Trans Union denies the allegations contained in paragraph 84 of the Complaint.

## COUNT IV

85.   Trans Union restates and incorporates its responses to paragraphs 1 through 84 above as though fully stated herein.

86.   Trans Union denies the allegations contained in paragraph 86 of the Complaint.

6127509.1

87.     Trans Union denies the allegations contained in paragraph 87 of the Complaint.

88.     Trans Union denies the allegations contained in paragraph 88 of the Complaint.

89.     Trans Union denies the allegations contained in paragraph 89 of the Complaint.

<u>**COUNT V**</u>

90.     Trans Union restates and incorporates its responses to paragraphs 1 through 89 above as though fully stated herein.

91.     Trans Union denies the allegations contained in paragraph 91 of the Complaint.

92.     Trans Union denies the allegations contained in paragraph 92 of the Complaint.

93.     Trans Union denies the allegations contained in paragraph 93 of the Complaint.

94.     Trans Union denies the allegations contained in paragraph 94 of the Complaint.

<u>**COUNT VI**</u>

95.     Trans Union restates and incorporates its responses to paragraphs 1 through 94 above as though fully stated herein.

96.     Trans Union denies the allegations contained in paragraph 96 of the Complaint.

97.     Trans Union denies the allegations contained in paragraph 97 of the Complaint.

98.     Trans Union denies the allegations contained in paragraph 98 of the Complaint.

6127509.1

99.   Trans Union denies the allegations contained in paragraph 99 of the Complaint.

### COUNT VII

100.   Trans Union restates and incorporates its responses to paragraphs 1 through 99 above as though fully stated herein.

101.   Trans Union denies the allegations contained in paragraph 101 of the Complaint.

102.   Trans Union denies the allegations contained in paragraph 102 of the Complaint.

103.   Trans Union denies the allegations contained in paragraph 103 of the Complaint.

104.   Trans Union denies the allegations contained in paragraph 104 of the Complaint.

### COUNT VIII

105.   Trans Union restates and incorporates its responses to paragraphs 1 through 104 above as though fully stated herein.

106.   Trans Union denies the allegations contained in paragraph 106 of the Complaint.

107.   Trans Union denies the allegations contained in paragraph 107 of the Complaint.

108.   Trans Union denies the allegations contained in paragraph 108 of the Complaint.

109.   Trans Union denies the allegations contained in paragraph 109 of the Complaint.

### COUNT IX

110.   Trans Union restates and incorporates its responses to paragraphs 1 through 109 above as though fully stated herein.

6127509.1

111. Trans Union denies the allegations contained in paragraph 111 of the Complaint.

112. Trans Union denies the allegations contained in paragraph 112 of the Complaint.

113. Trans Union denies the allegations contained in paragraph 113 of the Complaint.

114. Trans Union denies the allegations contained in paragraph 114 of the Complaint.

## COUNT X

115. Trans Union restates and incorporates its responses to paragraphs 1 through 114 above as though fully stated herein.

116. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 116 of the Complaint and, therefore, denies same.

117. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 117 of the Complaint and, therefore, denies same.

118. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 118 of the Complaint and, therefore, denies same.

119. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 119 of the Complaint and, therefore, denies same.

120. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 120 of the Complaint and, therefore, denies same.

6127509.1

1

## COUNT XI

2      121.   Trans Union restates and incorporates its responses to paragraphs 1

3  through 120 above as though fully stated herein.

4      122.   Trans Union is without knowledge or information sufficient to form a

5  belief as to the truth of the allegations contained in paragraph 122 of the Complaint

6  and, therefore, denies same.

7      123.   Trans Union is without knowledge or information sufficient to form a

8  belief as to the truth of the allegations contained in paragraph 123 of the Complaint

9  and, therefore, denies same.

10     124.   Trans Union is without knowledge or information sufficient to form a

11  belief as to the truth of the allegations contained in paragraph 124 of the Complaint

12  and, therefore, denies same.

13     125.   Trans Union is without knowledge or information sufficient to form a

14  belief as to the truth of the allegations contained in paragraph 125 of the Complaint

15  and, therefore, denies same.

16

## COUNT XII

17     126.   Trans Union restates and incorporates its responses to paragraphs 1

18  through 125 above as though fully stated herein.

19     127.   Trans Union is without knowledge or information sufficient to form a

20  belief as to the truth of the allegations contained in paragraph 127 of the Complaint

21  and, therefore, denies same.

22     128.   Trans Union is without knowledge or information sufficient to form a

23  belief as to the truth of the allegations contained in paragraph 128 of the Complaint

24  and, therefore, denies same.

25     129.   Trans Union is without knowledge or information sufficient to form a

26  belief as to the truth of the allegations contained in paragraph 129 of the Complaint

27  and, therefore, denies same.

28

6127509.1

1    130.    Trans Union is without knowledge or information sufficient to form a
2 belief as to the truth of the allegations contained in paragraph 130 of the Complaint
3 and, therefore, denies same.

4    131.    Trans Union is without knowledge or information sufficient to form a
5 belief as to the truth of the allegations contained in paragraph 131 of the Complaint
6 and, therefore, denies same.

7                                    **COUNT XIII**

8    132.    Trans Union restates and incorporates its responses to paragraphs 1
9 through 131 above as though fully stated herein.

10    133.    Trans Union is without knowledge or information sufficient to form a
11 belief as to the truth of the allegations contained in paragraph 133 of the Complaint
12 and, therefore, denies same.

13    134.    Trans Union is without knowledge or information sufficient to form a
14 belief as to the truth of the allegations contained in paragraph 134 of the Complaint
15 and, therefore, denies same.

16    135.    Trans Union is without knowledge or information sufficient to form a
17 belief as to the truth of the allegations contained in paragraph 135 of the Complaint
18 and, therefore, denies same.

19    136.    Trans Union is without knowledge or information sufficient to form a
20 belief as to the truth of the allegations contained in paragraph 136 of the Complaint
21 and, therefore, denies same.

22                                    **COUNT XIV**

23    137.    Trans Union restates and incorporates its responses to paragraphs 1
24 through 136 above as though fully stated herein.

25    138.    Trans Union is without knowledge or information sufficient to form a
26 belief as to the truth of the allegations contained in paragraph 138 of the Complaint
27 and, therefore, denies same.

28

6127509.1

139.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 139 of the Complaint and, therefore, denies same.

140.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 140 of the Complaint and, therefore, denies same.

141.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 141 of the Complaint and, therefore, denies same.

142.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 142 of the Complaint and, therefore, denies same.

**COUNT XV**

143.   Trans Union restates and incorporates its responses to paragraphs 1 through 142 above as though fully stated herein.

144.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 144 of the Complaint and, therefore, denies same.

145.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 145 of the Complaint and, therefore, denies same.

**COUNT XVI**

146.   Trans Union restates and incorporates its responses to paragraphs 1 through 145 above as though fully stated herein.

147.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 147 of the Complaint and, therefore, denies same.

6127509.1

148.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 148 of the Complaint and, therefore, denies same.

### PRAYER FOR RELIEF

Trans Union denies the allegations contained in the Prayer for Relief paragraph of the Complaint.

### TRIAL BY JURY IS DEMANDED

149.   Trans Union admits that Plaintiff demands a trial by jury.

### DEFENSES

150.   At all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the FCRA and CCRAA and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

151.   Plaintiff failed to mitigate their alleged damages.

152.   Any alleged damages to Plaintiff, which Trans Union continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom Trans Union has no control and for whom Trans Union has no responsibility.

153.   Trans Union, in compliance with the FCRA, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

154.   In the event that a settlement is reached between Plaintiff and any other party, Trans Union is entitled to any settlement credits permitted by law.

155.   Trans Union at all times acted in compliance with the FCRA and CCRAA.

156.   Any alleged damages to Plaintiff, which Trans Union continues to deny, were caused in whole or in part by an intervening or superseding cause.

6127509.1

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union LLC respectfully requests that this Honorable Court deny the relief requested in Plaintiff's Complaint dismiss the action in its entirety, grant Defendant its costs of suit and expenses incurred herein, including reasonable attorneys' fees, and for such other and further relief as the Court deems just.


DATED: March 1, 2023            QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.


By: */s/ Ritika Singh*
    Ritika Singh
    Counsel for Trans Union LLC

6127509.1

# CERTIFICATE OF SERVICE

**STATE OF TEXAS, COUNTY OF COLLIN**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Collin, State of Texas.  My business address is 6900 N. Dallas Parkway, Suite 800, Plano, TX 75024.

On March 1, 2023 I served true copies of the following document(s) described as **DEFENDANT TRANS UNION LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

☒     **BY CM/ECF NOTICE OF ELECTRONIC FILING**: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 1, 2023, at Plano, Texas.


*/s/ Ritika Singh*
Ritika Singh

6127509.1

20

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SERVICE LIST

Michael F. Cardoza
mike.cardoza@cardozalawcorp.com
Lauren B. Veggian
lauren.veggian@cardozalawcorp.com
The Cardoza Law Corporation
548 Market Street, #80594
San Francisco, CA 94104
(415) 488-8041
(415) 651-9700 Fax
***Counsel for Plaintiff***

Thomas P. Quinn, Jr.
tquinn@nokesquinn.com
Nokes and Quinn APC
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500
(949) 376-3070 Fax
***Counsel for Equifax Information Solutions, LLC***
Nathan Andrew Searles
nsearles@snllp.com
Simmonds and Narita, LLP
50 California Street, Suite 1500
San Francisco, CA 94111
(415) 283-1000
(415) 352-2625 Fax
***Counsel for Hunt and Henriques, LLP***

Michael Akira Kushner
mkushner@jonesday.com
Cheryl L. O'Connor
coconnor@jonesday.com
Jones Day
3161 Michelson, Suite 800
Irvine, CA 92612
(949) 851-3939
(949) 553-7539 Fax
***Counsel for Experian Information Solutions, Inc.***
Adam F. Summerfield
asummerfield@mcguirewoods.com
McGuireWoods LLP
355 S. Grand Avenue, Suite 4200
Los Angeles, CA 90071
(213) 457-9856
***Counsel for Bank of America, N.A.***

21